UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

FREDIE V. FELIZ MATOS,

                              Plaintiff,

        -against-

COMMISSIONER OF SOCIAL SECURITY,

                              Defendant.

-----------------------------------------------------------------X

25-CV-2657 (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

        On August 20, 2025, the parties filed a notice of voluntary dismissal. ECF No. 21. The Clerk's Office reviewed the document, however, and identified the following deficiencies: the wrong event type was used to file the voluntary dismissal; the stipulation of voluntary dismissal was not signed by all parties who have appeared (handwritten signatures). The document reads as a stipulation of voluntary dismissal, not a notice of voluntary dismissal. The title of the document needs to be changed to a stipulation of voluntary dismissal. The parties are directed to re-file the document by **September 29, 2025** using the event type "Stipulation of Voluntary Dismissal" found under the event list "Other Documents" and select the correct filer/filers, then select the correct party/parties the voluntary dismissal is against and attach the correct PDF including signature of all necessary parties.

        **SO ORDERED.**

DATED:    New York, New York
                September 2, 2025

                                                                 _____
                                                                VALERIE FIGUEREDO
                                                                United States Magistrate Judge